08 CV 01496

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER DAVIDSON, on behalf of himself and all others similarly situated,<br><br>-v-<br><br>SUNOPTA INC., STEVEN R. BROMLEY and JOHN H. DIETRICH, | Plaintiff,<br><br><br><br><br><br>Defendant. |



Case No. _____

Rule 7.1 Statement

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

<u>ROGER DAVIDSON</u>    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** February 13, 2008

_____
Signature of Attorney

**Attorney Bar Code:** JS-6585