UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER DAVIDSON, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SUNOPTA INC., STEVEN R. BROMLEY and JOHN H. DIETRICH,<br><br>  Defendants. | CIVIL ACTION No.<br><br><u>NOTICE OF RELATED CASE</u><br><br>**08 CV 01496** |

Pursuant to Rule 15 of the Local Rules of the Southern District of New York, the above-captioned case is related to *Juliar et al v. Sunopta Inc. et al, 1:08cv00933*, currently before the Honorable Paul A. Crotty. These cases are based on many of the same underlying facts, have the same defendants and allege violations of the Securities Exchange Act.

Dated: February 13, 2008

KAPLAN FOX & KILSHEIMER LLP

By: _____

Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
*Attorneys for Plaintiff*