(ROTTY5)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ROGER DAVIDSON, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

SUNOPTA INC., STEVEN R. BROMLEY and
JOHN H. DIETRICH,

    Defendants.
----------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 4 2008

Case No. 08 CV 01496 (PAC)

## STIPULATION AND (PROPOSED) ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties herein, that after the Court enters an order consolidating this action with any related securities class actions and appointing lead plaintiff and lead plaintiff's counsel, Defendants' counsel will confer with the court-appointed lead counsel regarding the schedule for the filing of a consolidated amended complaint and for the filing of Defendants' response to that complaint. Defendants will not be required to answer, move or otherwise respond to the complaint filed on or about February 13, 2008 in this action. Defendants' counsel is authorized to accept service of process and hereby does accept service of process on behalf of the Defendants. By entering into this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments, whether procedural, substantive or otherwise (including any defenses Defendants may have as to lack of personal jurisdiction), and this Stipulation is without prejudice to any party's right to challenge any such claims, defenses or arguments. This Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

STIPULATED AND AGREED:

Dated: New York, New York
March 3, 2008

JONES DAY

By: *[signature]*
Jayant W. Tambe (JT-0118)
William J. Hine (WH-6766)
222 East 41st Street
New York, NY 10017
(212) 326-3939
*Attorneys for Defendants Sunopta, Inc.,
Steven R. Bromley and John H. Dietrich*

KAPLAN FOX & KILSHEIMER LLP

By: *[signature]*
Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

*Attorneys for Plaintiff Roger Davidson*

SO ORDERED: MAR 0 1 2008

*[signature]*
U.S.D.J.

NYI-4067419v1