# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER DAVIDSON, On Behalf Of Himself And All Others Similarly Situated,<br><br>            Plaintiff,<br>    v.<br><br>SUNOPTA INC., STEVEN R. BROMLEY And JOHN H. DIETRICH,<br><br>            Defendants. | Civil Action No. 08cv01496 (PAC)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for Defendants SunOpta Inc., Steven R. Bromley and John H. Dietrich, and further requests that copies of all papers in this action be served upon me at the office and address set forth below.

Dated:  New York, New York                JONES DAY
        March 7, 2008

                                          By:  /s/ Jayant W. Tambe

                                          Jayant W. Tambe (JT-0118)
                                          JONES DAY
                                          222 East 41st Street
                                          New York, NY  10017-6702
                                          Tel:  (212) 326-3939
                                          ***Attorney for Defendants SunOpta
                                          Inc., Steven R. Bromley and John
                                          H. Dietrich***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

**Attorneys for Plaintiff:**

Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
850 Third Ave.
New York, NY 10022
Tel: (212) 687-1980

*/s/ Kristen Pollak*
Kristen Pollak